[No. 11985-1-I.   Division One.   March 4, 1985.]

SOUTHWEST SUBURBAN SEWER DISTRICT, *Appellant,* v.
COLUCCIO CONSTRUCTION COMPANY, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 81-2-07759-5, James A. Noe, J., entered July
8, 1982. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Scholfield, A.C.J., and Ringold, J.

[No. 13751-4-I.   Division One.   March 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIE
J. AUSTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-01179-1, Jerome M. Johnson, J., entered
September 16, 1983. *Affirmed in part* and *reversed in part*
by unpublished opinion per Williams, J., concurred in by
Coleman and Webster, JJ.

[No. 5895-6-III.   Division Three.   March 5, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. PASQUAL
BRIONES, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 82-1-00157-3, James D. Kendall, J., entered
April 15, 1983. *Affirmed* by unpublished opinion per
Faris, J. Pro Tem., concurred in by McInturff, A.C.J., and
Thompson, J.